# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Benito Raygoza | § | Case No. 17-21439 |
| Christina C Raygoza | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 07/19/2017. The case was converted to one under Chapter 7 on 03/22/2018. The undersigned trustee was appointed on 07/19/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $     8,300.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 36.57 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 8,263.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/12/2018 and the deadline for filing governmental claims was 10/12/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,580.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,580.00 , for a total compensation of $ 1,580.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 54.00 , for total expenses of $ 54.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2019            By: /s/Zane L. Zielinski, Trustee
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-21439 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Benito Raygoza | | | | Date Filed (f) or Converted (c): | 03/22/2018 (c) |
| | Christina C Raygoza | | | | 341(a) Meeting Date: | 04/24/2018 |
| For Period Ending: | 03/18/2019 | | | | Claims Bar Date: | 10/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24556 Brooklands Lane Plainfield Il 60585-0000 Will | 272,063.86 | 8,300.00 | | 8,300.00 | FA |
| 2. 2014 Dodge Caravan Mileage: 63000 | 16,000.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Chrysler 200 Mileage: 50000 | 12,000.00 | 0.00 | | 0.00 | FA |
| 4. 2003 Hyndai Elantra Mileage: 110000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 8. Woodforest National Bank | 89.00 | 0.00 | | 0.00 | FA |
| 9. Worker's Compensation Case- Attorney Woodruff, Palermo And J | Unknown | 0.00 | | 0.00 | FA |
| 10. Timeshare- Westgate Orlando | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Timeshare- Grand View Las Vegas | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $306,357.86    $8,300.00        $8,300.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing claims and preparing objections before preparing final report.

Initial Projected Date of Final Report (TFR): 12/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 17-21439 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Benito Raygoza | Bank Name: Associated Bank | |
| Christina C Raygoza | Account Number/CD#: XXXXXX2617 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0062 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/18/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/18 | 1 | Christina C Ryagoza Woodforest National Bank | Settlement Funds | 1110-000 | $8,300.00 | | $8,300.00 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.34 | $8,287.66 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.32 | $8,275.34 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.91 | $8,263.43 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,300.00 | $36.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,300.00 | $36.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,300.00 | $36.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $8,300.00    $36.57

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2617 - Checking | $8,300.00 | $36.57 | $8,263.43 |
|  | $8,300.00 | $36.57 | $8,263.43 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,300.00 |
| Total Gross Receipts: | $8,300.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-21439  
Debtor Name: Benito Raygoza  
Claims Bar Date: 10/12/2018  

Date: March 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,580.00 | $1,580.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $54.00 | $54.00 |
| 2 300 7100 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook, Il 60523 | Unsecured | | $2,000.00 | $956.32 | $956.32 |
| 5 300 7100 | Ncb Management Services Inc.<br>1 Allied Drive<br>Feasterville Trevose, Pa 19053 | Unsecured | | $19,002.00 | $19,002.41 | $19,002.41 |
| 6 300 7100 | Ncb Management Services Inc.<br>1 Allied Drive<br>Feasterville Trevose, Pa 19053 | Unsecured | | $0.00 | $858.24 | $858.24 |
| 7 300 7100 | Lvnv Funding, Llc Its Successors<br>And Assigns As<br>Assignee Of Fnbm Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $1,146.69 | $1,146.69 |
| 8 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $638.00 | $593.69 | $593.69 |
| 9 300 7100 | Lvnv Funding, Llc Its Successors<br>And Assigns As<br>Assignee Of Capital One Bank<br>(Usa), N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $672.98 | $672.98 |
| 10 300 7100 | Premier Bankcard, Llc<br>Jefferson Capital Systems Llc<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Unsecured | | $2,259.00 | $675.49 | $675.49 |

Page 1     Printed: March 19, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-21439  
Debtor Name: Benito Raygoza  
Claims Bar Date: 10/12/2018  
Date: March 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Premier Bankcard, Llc<br>Jefferson Capital Systems Llc Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Unsecured | | $0.00 | $946.14 | $946.14 |
| 12 300 7100 | Premier Bankcard, Llc<br>Jefferson Capital Systems Llc Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Unsecured | | $0.00 | $638.70 | $638.70 |
| 13 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Barclays Bank Delaware<br>(Barclaycard)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $2,041.51 | $2,041.51 |
| 14 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Capital One Bank (Usa), N.A<br>(Capital One Bank, N.A.)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $676.51 | $676.51 |
| 15 300 7100 | Portfolio Recovery Associates, Llc<br>Successor To Capital One Bank (Usa), N.A<br>(Capital One Bank, N.A.)<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $1,589.01 | $1,589.01 |
| 16 300 7100 | Midland Funding Llc<br>Midland Credit Management, Inc As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $865.52 | $865.52 |
| 17 300 7100 | Midland Funding Llc<br>Midland Credit Management, Inc As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $7,000.00 | $3,337.25 | $3,337.25 |
| 18 300 7100 | Midland Funding Llc<br>Midland Credit Management, Inc As Agent For Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $2,781.00 | $1,968.33 | $1,968.33 |
| 19 300 7100 | Nicor<br>Attention Bankruptcy Dept.<br>P.O. Box 549<br>Aurora, Il 60568-0001 | Unsecured | | $2,500.00 | $1,088.62 | $1,088.62 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-21439  
Debtor Name: Benito Raygoza  
Claims Bar Date: 10/12/2018  
Date: March 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20 300 7100 | Directv, Llc By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Unsecured | | $1,600.00 | $575.09 | $575.09 |
| 21 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $0.00 | $1,518.32 | $1,518.32 |
| 22 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $0.00 | $481.97 | $481.97 |
| 23 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $0.00 | $766.56 | $766.56 |
| 24 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $1,518.00 | $546.55 | $546.55 |
| 25 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $0.00 | $786.58 | $786.58 |
| 26 300 7100 | Quantum3 Group Llc As Agent For Jh Portfolio Debt Equities Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | Claims 21 through 26 are various store credit cards owned by the same holding company | $766.56 | $729.12 | $729.12 |
| 27 300 7100 | Merrick Bank Resurgent Capital Services Po Box 10368 Greenville, Sc 29603-0368 | Unsecured | | $0.00 | $1,045.48 | $1,045.48 |
| 1 400 4110 | Santander Consumer Usa Inc An Il Corp Dba Chrysler Capital Po Box 961275 Fort Worth, Tx 76161-1245 | Secured | The claim was disallowed on February 8, 2019. | $15,842.22 | $11,775.00 | $11,775.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-21439  
Debtor Name: Benito Raygoza  
Claims Bar Date: 10/12/2018  
Date: March 19, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>400<br>4110 | Ally Financial<br>Po Box 130424<br>Roseville Mn 55113-0004 | Secured | <br><br>The claim was disallowed on February 8, 2019. | $0.00 | $15,200.00 | $15,200.00 |
| 4<br>400<br>4110 | U.S. Bank, National Association<br>Nationstar Mortgage Llc<br>Po Box 619096<br>Dallas, Tx 75261-9741 | Secured | <br><br>The claim was withdrawn on February 7, 2019. | $272,063.86 | $267,020.57 | $267,020.57 |
| | Case Totals | | | $327,970.64 | $339,136.65 | $339,136.65 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-21439
Case Name: Benito Raygoza
　　　　　　Christina C Raygoza
Trustee Name: Zane L. Zielinski, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 8,263.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,580.00 | $ 0.00 | $ 1,580.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 54.00 | $ 0.00 | $ 54.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,634.00 |
| Remaining Balance | | | $ 6,629.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 43,507.08  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.2  percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Commonwealth Edison Company | $ 956.32 | $ 0.00 | $ 145.72 |
| 5 | Ncb Management Services Inc. | $ 19,002.41 | $ 0.00 | $ 2,895.51 |
| 6 | Ncb Management Services Inc. | $ 858.24 | $ 0.00 | $ 130.78 |
| 7 | Lvnv Funding, Llc Its Successors And Assigns As | $ 1,146.69 | $ 0.00 | $ 174.73 |
| 8 | Capital One, N.A. | $ 593.69 | $ 0.00 | $ 90.46 |
| 9 | Lvnv Funding, Llc Its Successors And Assigns As | $ 672.98 | $ 0.00 | $ 102.55 |
| 10 | Premier Bankcard, Llc | $ 675.49 | $ 0.00 | $ 102.93 |
| 11 | Premier Bankcard, Llc | $ 946.14 | $ 0.00 | $ 144.17 |
| 12 | Premier Bankcard, Llc | $ 638.70 | $ 0.00 | $ 97.32 |
| 13 | Portfolio Recovery Associates, Llc | $ 2,041.51 | $ 0.00 | $ 311.08 |
| 14 | Portfolio Recovery Associates, Llc | $ 676.51 | $ 0.00 | $ 103.08 |
| 15 | Portfolio Recovery Associates, Llc | $ 1,589.01 | $ 0.00 | $ 242.13 |
| 16 | Midland Funding Llc | $ 865.52 | $ 0.00 | $ 131.88 |
| 17 | Midland Funding Llc | $ 3,337.25 | $ 0.00 | $ 508.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Midland Funding Llc | $ 1,968.33 | $ 0.00 | $ 299.93 |
| 19 | Nicor | $ 1,088.62 | $ 0.00 | $ 165.88 |
| 20 | Directv, Llc | $ 575.09 | $ 0.00 | $ 87.63 |
| 21 | Quantum3 Group Llc As Agent For | $ 1,518.32 | $ 0.00 | $ 231.36 |
| 22 | Quantum3 Group Llc As Agent For | $ 481.97 | $ 0.00 | $ 73.44 |
| 23 | Quantum3 Group Llc As Agent For | $ 766.56 | $ 0.00 | $ 116.81 |
| 24 | Quantum3 Group Llc As Agent For | $ 546.55 | $ 0.00 | $ 83.28 |
| 25 | Quantum3 Group Llc As Agent For | $ 786.58 | $ 0.00 | $ 119.85 |
| 26 | Quantum3 Group Llc As Agent For | $ 729.12 | $ 0.00 | $ 111.09 |
| 27 | Merrick Bank | $ 1,045.48 | $ 0.00 | $ 159.30 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,629.43 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE