## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

**BENITO RAYGOZA AND CHRISTINA C RAYGOZA,**

              Debtors.

Chapter 7

Bankruptcy No. **17-21439**

Honorable Pamela S. Hollis

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

    I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #76)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 19, 2019.

Dated: April 19, 2019

                                        **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **BENITO RAYGOZA AND CHRISTINA C RAYGOZA,**

                                        By: /s/ Zane L. Zielinski
                                        Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case 17-21439**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael N Burke**   bk_il_notice@fisherandshapirolaw.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros**   patrickmeszaros@yahoo.com
- **Jose G Moreno**   nd-one@il.cslegal.com
- **Dana N O'Brien**   dana.obrien@mccalla.com, NDistrict@mccalla.com
- **Zane Zielinski, Trustee**   trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

# Manual Notice List

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oakbrook, Il 60523

Ncb Management Services Inc.
1 Allied Drive
Feasterville Trevose, Pa 19053

Lvnv Funding, Llc Its Successors And
Assigns As
Assignee Of Fnbm Llc
Resurgent Capital Services
Po Box 10587
Greenville, Sc 29603-0587

Capital One, N.A.
C O Becket And Lee Llp
Po Box 3001
Malvern, Pa 19355-0701

Premier Bankcard, Llc
Jefferson Capital Systems Llc Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, Llc
Successor To Capital One Bank (Usa), N.A
(Capital One Bank, N.A.)
Pob 41067
Norfolk Va 23541

Midland Funding Llc
Midland Credit Management, Inc
As Agent For Midland Funding, Llc
Po Box 2011
Warren, Mi 48090

Nicor
Attention Bankruptcy Dept.
P.O. Box 549
Aurora, Il 60568-0001

Directv, Llc
By American Infosource Lp As Agent
4515 N Santa Fe Ave
Oklahoma City, Ok 73118

Santander Consumer Usa Inc An Il Corp
Dba Chrysler Capital
Po Box 961275
Fort Worth, Tx 76161-1245

Quantum3 Group Llc As Agent For
Jh Portfolio Debt Equities Llc
Po Box 788
Kirkland, Wa 98083-0788

U.S. Bank, National Association
Nationstar Mortgage Llc
Po Box 619096
Dallas, Tx 75261-9741

Benito Raygoza
Christina Raygoza
24556 BROOKLANDS LANE
PLAINFIELD, IL  60585